1   Mary Shea Hagebols (SBN 113222)
    SHEA LAW OFFICES
2   1814 Franklin Street, Suite 2200
    Oakland, CA 94612
3   Tel: 510-208-4422
    Fax: 415-520-9407
4   mary@shealaw.com

5   Carney R. Shegerian, Esq. (SBN 150461)
    SHEGERIAN & ASSOCIATES, INC.
6   225 Santa Monica Blvd., Suite 700
    Santa Monica, California 90401
7   Tel: (310) 860-0770
    Fax: (310) 860-0771
8   Email: cshegerian@shegerianlaw.com

9   Attorneys for Plaintiffs ROBERT APPLEBY and WINNIE
    APPLEBY
10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13

14  ROBERT APPLEBY et al.,                Case No. 3:14-cv-02318 RS

15              Plaintiff,                 **STIPULATION AND [PROPOSED]
                                           ORDER DISMISSING ENTIRE CASE
16       v.                                WITH PREJUDICE**

17  MORGAN STANLEY SMITH BARNEY
    LLC et al.,                            Date Action Filed: May 2, 2014
18
                Defendants.
19

20

21

22

23

24

25

26

27

28  Case No. 3:14-cv-02318 RS          - 2 -      STIPULATION AND [PROPOSED] ORDER
                                                  DISMISSING ENTIRE CASE WITH PREJUDICE

1    TO THE HONORABLE RICHARD SEEBORG AND ALL PARTIES AND THEIR COUNSEL:

2         Plaintiff ROBERT APPLEBY and Plaintiff WINNIE APPLEBY ("Plaintiffs") and

3    Defendants MORGAN STANLEY SMITH BARNEY LLC, JULIA B. BAEDER, MAYNARD

4    HUBERT LICHTERMAN, JOHN S. LIN, JOHN DELAHAYE, WALTER STEVENSON, and

5    DOES 1-20. ("Defendants") hereby stipulate as follows:

6         WHEREAS, Plaintiffs and Defendants have entered into a private and confidential

7    settlement of this matter;

8         WHEREAS, Plaintiffs and Defendants hereby stipulate to dismiss the instant action, in its

9    entirety with prejudice by way of this stipulation and order; each side to bear their own attorneys'

10   fees and costs.

11        NOW THEREFORE, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii),

12   Plaintiffs hereby dismiss this Action, in its entirety, with prejudice by way of this stipulation.

13

14   **IT IS SO STIPULATED:**

15

16                                    Respectfully Submitted,
                                 SHEA LAW OFFICES

17

18                                    By: _____

19                                         Mary Shea Hagebols
                                      Attorneys for Plaintiffs

20                                  TRISH HIGGINS
                               TIMOTHY B. DEL CASTILLO

21                                  ORRICK, HERRINGTON & SUTCLIFFE LLP

22

23                                  By: _____/s/ Trish M. Higgins_____
                                      Trish Higgins

24                                         Attorneys for Defendants
                                      Morgan Stanley Smith Barney LLC, John S.

25                                         Lin, Maynard Lichterman, John Delahaye,
                                      Julie Baeder, and Walter Stevenson

26

27

28

1

2                                     [~~PROPOSED~~] **ORDER**

3       PURSUANT TO STIPULATION, IT IS SO ORDERED.  Plaintiffs Robert Appleby and Winnie

4       Appleby's entire lawsuit is dismissed with prejudice.

5

6       Date:   5/4/15                                  _____

7                                                       Hon. Richard Seeborg

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:14-cv-02318 RS              - 2 -           STIPULATION AND [PROPOSED] ORDER
                                                       DISMISSING ENTIRE CASE WITH PREJUDICE